UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN O. GARCIA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NABISCO, INC. and Kraft Foods Global, Inc. and DOES 1-100, inclusive,<br><br>Defendants. | Civ. Action No. CV-12-04272 RGK SSx<br><br>[PROPOSED] ORDER ON JOINT STIPULATION CONTINUING HEARINGS AND BRIEFING |

### ORDER
### [PROPOSED]

Having considered the joint request to continue hearings on Plaintiff's Motion to remand and Defendant's Motion to Dismiss both currently set for July 23, 2012 to August 6, 2012, The Plaintiff's Joint Stipulation Continuing Hearings and Briefing is **granted** and this matter is continued for hearing on both Motions to August 6, 2012 and briefing shall be completed in accordance with the local rules based on said hearing date.

DONE AND ORDERED: _06.29_ 2012.

R. Gary Klausner
United States District Judge